

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00073-CV

Alison **MAYNARD** and Richard Carlisle,
Appellants

v.

Jacob **ZIMMERMAN**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2023-CI-12586
Honorable Norma Gonzales, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the trial court's June 27, 2023 Order on Defendant Zimmerman's Special Appearance is AFFIRMED. It is ORDERED that no costs shall be assessed against appellants in relation to this appeal because they qualify as indigent under Texas Rule of Appellate Procedure 20.

SIGNED March 5, 2025.

Rebeca C. Martinez, Chief Justice